IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDWARD P. RAINES, M.D., J.D.,

        Plaintiff,

vs.

BRYAN MEDICAL CENTER, BRYAN HEALTH SYSTEM,

        Defendants.

4:13CV3140

**AMENDED PROGRESSION ORDER**

A Joint Motion to Extend Current Deadlines (Filing #20) was filed on April 9, 2014. The motion is approved.

    IT IS ORDERED:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 23, 2015**, or as soon thereafter as the case may be called, for a duration of six (6) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **February 11, 2015** at **9:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 10, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **November 25, 2014** at **9:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) Defendant's expert witness disclosures are due June 21, 2014.

2

5) The deposition deadline is September 30, 2014.

6) The deadline for filing motions to dismiss and motions for summary judgment is November 17, 2014.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 1, 2014.

8) Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

April 15, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge