IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD P. RAINES, M.D., J.D., | ) | 4:13CV3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYAN MEDICAL CENTER, | ) | |
| BRYAN HEALTH, and | ) | |
| INTEGRATED CARDIOLOGY | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Defendants' motion to restrict access to documents (filing 36) is granted, and, pursuant to NECivR 5.3(c), access to filing 37 shall be restricted to attorneys of record and court users.

2. Plaintiff's motion to restrict access to documents (filing 39) is granted, and, pursuant to NECivR 5.3(c), access to filing 40 shall be restricted to attorneys of record and court users

DATED this 22nd day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge