IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD P. RAINES, M.D., J.D., | ) | 4:13CV3140 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYAN MEDICAL CENTER, | ) | |
| BRYAN HEALTH, and | ) | |
| INTEGRATED CARDIOLOGY | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion to restrict access to documents (filing 45) is granted, and, pursuant to NECivR 5.3(c), access to filing 46 shall be restricted to attorneys of record and court users.

DATED this 21st day of January, 2015.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge