IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD P. RAINES, M.D., J.D., | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3140 |
| | ) | |
| V. | ) | |
| | ) | |
| BRYAN MEDICAL CENTER, | ) | RECUSAL ORDER |
| BRYAN HEALTH, and | ) | |
| INTEGRATED CARDIOLOGY | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

I was operated on by a thoracic surgeon in early January 2015.  The surgeon's care with me ended in early February 2015.  I have now learned that the surgeon who operated on me is a witness of some importance in this contract case.  Accordingly,

IT IS ORDERED that I recuse myself from any further handling of this matter and request the Clerk of the Court to immediately refer this matter to Chief Judge Smith Camp for reassignment.

DATED this 6th day of March, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge