IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD P. RAINES, M.D., J.D.;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN MEDICAL CENTER, BRYAN HEALTH SYSTEM, BRYAN HEALTH, INTEGRATED CARDIOLOGY GROUP, LLC,<br><br>　　　　　Defendants. | 4:13CV3140<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Harding & Shultz, PC, LLO to withdraw as counsel on behalf of Edward P. Raines, M.D., J.D., (filing no. 66), is granted.

March 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge