IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD P. RAINES, M.D., J.D.;<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN MEDICAL CENTER, BRYAN HEALTH SYSTEM, BRYAN HEALTH, INTEGRATED CARDIOLOGY GROUP, LLC,<br><br>    Defendants. | 4:13CV3140<br><br>**ORDER** |

After conferring with counsel, and in light of the court's summary judgment rulings,

IT IS ORDERED:

1)    The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 7, 2015, or as soon thereafter as the case may be called, for a duration of eight (8) trial days.

2)    Jury selection will be held on **July 7, 2015** at the commencement of trial.

May 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge