IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD P. RAINES, M.D., J.D.; | ) | CASE NO: 4:13cv3140 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY |
| BRYAN MEDICAL CENTER, BRYAN HEALTH SYSTEM, BRYAN HEALTH, AND INTEGRATED CARDIOLOGY GROUP, LLC, | ) ) ) ) ) | EXHIBITS SHOULD NOT BE DESTROYED |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter, bench trial held 7/7-7/13/15, within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos 1-19, 22, 23, 33, 35, 41, 44, 47, 48, 53, 56, 58, 60, 61, 65, 67-71, 74, 82, 84, 85, 92, 93, 95-100, 114, 129, 162, 264, 268, 283, 292;

Defendants' Exhibit Nos 20, 24-26, 28-31, 39, 43, 49, 54, 57, 64, 80, 81, 123, 125, 126, 130, 132, 140, 143, 144, 146, 152, 153, 156, 157, 160, 181, 183-188, 193-195, 201, 271, 285 298, 300, and 303.

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court. **Please note the exhibits are to be picked up from the Omaha Clerk's office.**

IT IS SO ORDERED.

DATED this 20TH day of November, 2017.

s/ John M. Gerrard

United States District Judge